# United States Court of Appeals
### For The District of Columbia Circuit

**No. 07-5338**　　　　　　　　　　　　　　　　**September Term, 2007**

07cv01464

**Filed On:**



James Aggrey-Kweggyir Arunga,
　　　　　Appellant

v.

William Jefferson Clinton, a/k/a Bill Jefferson Clinton, et al.,
　　　　　Appellees

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**BEFORE:**　Sentelle, Chief Judge, and Ginsburg and Griffith, Circuit Judges

## JUDGMENT

　　This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

　　**ORDERED AND ADJUDGED** that the district court's order filed August 14, 2007 be affirmed. The district court did not abuse its discretion by dismissing appellant's case without prejudice on the ground that the complaint did not meet the requirements of Fed. R. Civ. P. 8(a). See Ciralsky v. CIA, 355 F.3d 661, 668-71 (D.C. Cir. 2004). That rule requires "a short and plain statement of the claim showing that the pleader is entitled to relief," Fed. R. Civ. P. 8(a), in order to "give the defendant fair notice of what the ... claim is and the grounds upon which it rests." Bell Atlantic Corp. v. Twombly, 127 S. Ct. 1955, 1964-65 (2007) (citations omitted). The dismissal without prejudice allows appellant to file a new complaint that meets the requirements of Rule 8(a). See Ciralsky, 355 F.3d at 669-70.

　　Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 5/15/08
BY: [signature]
ATTACHED: ___ Amending Order
　　　　　___ Opinion
　　　　　___ Order on Costs

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: [signature]
A true copy:
Michael C. McGrail
Deputy Clerk, U.S. Court of Appeals
for the District of Columbia Circuit

By: [signature] _____Deputy Clerk